FILED: February 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1615
(1:20-cv-01098-LO-JFA)

_____

MICHAEL ANTWI ADJEI

       Petitioner - Appellant

v.

ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security; KIMBERLY ZANOTTI, in her official capacity as Field Office Director, USCIS Washington Field Office; UR M. JADDOU, in her official capacity as Acting Director, United States Citizenship and Immigration Services

       Respondents - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK